■ In the Matter of PAULA KRUPP, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [23 NYS3d 901]—Proceeding pursuant to Executive Law § 298 to review a determination of the New York State Division of Human Rights dated January 23, 2012, which adopted the recommendation of a hearing officer dated August 5, 2011, made after a hearing, dismissing the petitioner's complaint against the respondent Hahn Engineering, alleging discriminatory practices relating to employment in violation of the Human Rights Law.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs to the respondent Hahn Engineering.

Contrary to the petitioner's contention, the determination of the respondent New York State Division of Human Rights dismissing her claims of gender discrimination, retaliation, and hostile work environment was supported by substantial evidence (*see Lambert v Macy's E., Inc.*, 84 AD3d 744, 745 [2011]; *Matter of Eastport Assoc., Inc. v New York State Div. of Human Rights*, 71 AD3d 890, 891 [2010]; *Thide v New York State Dept. of Transp.*, 27 AD3d 452, 454 [2006]). Rivera, J.P., Dillon, Roman and Duffy, JJ., concur.